IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIEL BURRESS, | ) |
|           Plaintiff, | ) |
| v. | )  No. CIV-22-423-R |
| FREELAND WOODS, et al., | ) |
|           Defendants. | ) |

## ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983 alleging violation of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), the matter was referred to United States Magistrate Judge Amanda Maxfield Green for preliminary review. On January 5, 2023, Judge Green issued a Report and Recommendation wherein she recommended that certain of Plaintiff's claims be dismissed upon screening pursuant to 28 U.S.C. §§ 1915A(a) and 1915(e)(2). The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object. Accordingly, the Report and Recommendation is hereby ADOPTED. Plaintiff's claims against the following Defendants are hereby DISMISSED: (1) the Shawnee Police Department; (2) the Pottawatomie County Public Safety Center; (3) the Pottawatomie County Sheriff's Department; (4) Attorney Shelley Levisay; (5) Attorney Carlos Henry; (6) unknown Pottawatomie County Sheriff's Department officer in both official and individual capacities; (7) Freeland Woods; and (8) the three unknown Shawnee Police officers in their official capacities.

**IT IS SO ORDERED** this 10th day of February 2023.

*/s/ David L. Russell*
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE