**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| GABRIEL BURRESS, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. CIV-22-423-R |
| | ) | |
| FREELAND WOODS, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Before the Court is the Report and Recommendation (Doc. No. 29) entered by United States Magistrate Judge Amanda Maxfield Green on June 29, 2023, wherein she recommended that the Court dismiss the case without prejudice to re-filing for Plaintiff's failure to submit the paperwork necessary for service and to timely effectuate service. Upon receiving notice of Plaintiff's change in address, the Report and Recommendation was remailed to Plaintiff on July 26, 2023; he was given an extension of time until August 18, 2023, to file an objection to the Report and Recommendation. Plaintiff has not filed a timely objection to the Report and Recommendation nor sought an extension of time in which to object. Accordingly, the Report and Recommendation (Doc. No. 29) is ADOPTED in its entirety, and this case is DISMISSED without prejudice. Judgment shall be entered accordingly.

**IT IS SO ORDERED** this 25th day of August 2023.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE